In re East Baton Rouge Par.; Baton Rouge City of; East Baton Rouge Metro. *1207 Council; Baton Rouge City Metro. Council; Screen, Pat; Roubique, Michael G.; Bank-ston, Larry S.; Braud, David C.; Bergeron, Gary J.; Corsentino, V.M. “Lank”; Curry, Gordon W. Jr.; George, Pearl; Holden, Kip; Imes, Lynda; McHugh, Tom Ed; Peabody, Ben H. Jr.; Welborn, Doug; Boh Bros. Constr. Co.; applying for writ of certiorari and/or review; to the Court of Appeal, First Circuit, No. CA 86 0599; Parish of East Baton Rouge, 19th Judicial District Court, Div. “G”, No. 296-161.
Prior report: La.App., 493 So.2d '178.
Denied.